John H. Gately, Appellee, v. Louise Wilke, Appellant.

Gen. No. 40,803.

 Heard in second division, first district, at October term, 1939; opinion filed December 27, 1939. Sinon A. Murray, for appellant; Louis A. Rosenthal, of counsel; Sarsfield Collins, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''